JS-6

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    CENTRAL DISTRICT OF CALIFORNIA
7

| 8  NANCY FOREMAN,                    | No. 5:20-cv-01696-SAB-KK |
| 9       Plaintiff,                   |                          |
| 10      v.                           | **ORDER DISMISSING CASE AND** |
| 11 C. R. BARD, INC., BARD            | **CLOSE FILE**           |
| 12 PERIPHERAL VASCULAR, INC., and    |                          |
| 13 DOES 1-100, inclusive,            | **[ECF NO. 45]**         |
| 14      Defendants.                  |                          |

15
16    Before the Court is the parties' Stipulation of Dismissal of Plaintiff Nancy
17 Foreman's Claims with Prejudice, ECF No. 45. The parties ask the Court to
18 dismiss Plaintiff's claims in the above-captioned matter with prejudice and each
19 party to bear its own costs.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER DISMISSING CASE AND CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Plaintiff Nancy Foreman's Claims with Prejudice, ECF No. 45, is **APPROVED**.

2. All claims asserted by Plaintiff are **DISMISSED** with prejudice. Each party is to bear their own fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel and **close** the file.

**DATED** this 23rd day of December 2020.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE AND CLOSING FILE ~ 2**